FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 10:17 am, Sep 17, 2025

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSIWCK DIVISION

UNITED STATES OF AMERICA
v.
TODD ERIC SISK

Case No. 2:23-CR-15

## MOTION TO VACATE AND SET ASIDE THE JUDGMENT AND REQUEST FOR AN EVIDENTIARY HEARING BASED ON SUPPRESSED BRADY IMPEACHMENT EVIDENCE

Defendant Todd Eric Sisk, pro se, withdraws his prior-submitted Motion for New Trial, especially considering someone defaced it by concealing the paragraphs that exposed wrongdoing by the Government using a similar heavy-ink pen, and submits this Motion to Vacate and Set Aside the Judgment pursuant to 28 U.S.C. 2255 based on newly discovered impeachment evidence that was known to the prosecution, suppressed and not disclosed to the defense, and was not previously discoverable.

At sentencing, the prosecution revealed for the first time the existence of a letter written by the alleged "victim" in the case. According to the prosecution, the letter of the alleged victim was an apology to the men she deceived into believing she was an adult in order to entice them into purchasing her videos.

What the prosecution failed to disclose was the alleged victim herself, being the producer and distributor of her own child pornography for pecuniary gain in violation of 18 U.S.C. 2251(d), was provided an undisclosed verbal criminal immunity deal. In exchange for non-prosecution, she was required to falsely claim that her male victims were the ones who enticed her to produce more videos by purchasing her self-made videos.

The full and complete letter, which was not read in open court and not made available to the defense prior to Defendant signing the plea agreement (only vaguely discussed in general terms), further detailed how the alleged "victim" knowingly sought to blackmail the adult men she lured into her deception, which would have revealed that Defendant was not a perpetrator of a crime but rather a victim of a crime; attempted blackmail and extortion.

Her letter was evidence that would have impeached her credibility by revealing her own exposure to criminal prosecution and the incentive she had to lie and play the "victim card;" a scheme she apparently felt remorse for when she decided to confess to her crimes in the letter she provided to the prosecution.

Because Defendant has alleged facts that, if proven, would establish a prima facie Brady violation, he is entitled to an evidentiary hearing on his Brady suppression claim at which he can call the alleged victim as a witness and compel the production of the letter to substantiate his allegations. U.S. v. Bautista Ortiz, 808 Fed.Appx. 984 (11th Cir. 2020); also see U.S. v. Sneed, 732 F.2d 886, 888 (11th Cir. 1984) (if the facts alleged, if proven true, would require the grant of relief, then an evidentiary hearing is mandatorily required); U.S. v. Barsoum, 763 F.3d 1321, 1328 (11th Cir. 2014) (it would be a reversible abuse of discretion to deny an evidentiary hearing on a motion for new trial that alleges a prima facie Brady prosecutorial misconduct claim).

Defendant was fraudulently induced under false pretenses into entering into the plea contract with the government, which invalidates the agreement. As such, the plea contract cannot be relied upon to deny hearing this claim or the appeal that will follow. Whether this Court schedules an evidentiary hearing as it should or the Eleventh Circuit orders it after a single-issue appeal for abuse of discretion in failing to grant the evidentiary hearing on a prima facie Brady claim, the truth regarding this miscarriage of justice will come to light.

Respectfully,

/s/ Todd E. Sisk

Todd Eric Sisk
Defendant, Pro Se
FCI Oakdale I
Reg # 69616-510
P.O. Box 5000
Oakdale, LA  71463

---

## VERIFICATION

---

Pursuant to 28 U.S.C. 1746, I, Todd Eric Sisk, declare, under the criminal penalty of perjury, that all of the following is believed to be true and correct.

/s/ *[signature]*

Signature of Todd Eric Sisk



SHREVEPORT LA 710

13 SEP 2025 AM 3 L

INSPECTED BY
SEP 17 2025
U.S. Marshals Service/SGA

U.S. District Clerk
P.O. Box 8286
Savannah, GA 31412

TIME-SENSITIVE — LEGAL MAIL

Todd Eric Sisk
FCI Oakdale I
Reg. # 69616-510
P.O. Box 5000
Oakdale, LA 71463